BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00037-AWI |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| RICKY LEE ALLEN, | ) | |
| Defendant. | ) | |

WHEREAS, on December 23, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Ricky Lee Allen forfeiting to the United States the following property:

      a. HI-Point .380 caliber pistol, bearing serial number P750472 and ammunition

      b. One box of Winchester .380 caliber ammunition containing 91 rounds

AND WHEREAS, beginning on February 9, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1  site www.forfeiture.gov. Said published notice advised all third
2  parties of their right to petition the Court within sixty (60) days
3  from the first day of publication for a hearing to adjudicate the
4  validity of their alleged legal interest in the forfeited property;
5       AND WHEREAS, the Court has been advised that no third party has
6  filed a claim to the subject property and the time for any person or
7  entity to file a claim has expired.
8       Accordingly, it is hereby ORDERED and ADJUDGED:
9       1.   A Final Order of Forfeiture shall be entered forfeiting to
10 the United States of America all right, title, and interest in the
11 above-listed property pursuant to 18 U.S.C. § 924(d)and 28 U.S.C. §
12 2461(c), to be disposed of according to law, including all right,
13 title, and interest of Ricky Lee Allen.
14      2.   All right, title, and interest in the above-listed property
15 shall vest solely in the name of the United States of America.
16      3.   The United States Marshals Service shall maintain custody
17 of and control over the subject property until it is disposed of
18 according to law.
19 IT IS SO ORDERED.
20
21 Dated:     April 25, 2012                _____
                                            CHIEF UNITED STATES DISTRICT JUDGE